40 So.2d 913

**Ex parte J. R. KIRKLAND.**

**6 Div. 880.**

Supreme Court of Alabama.
April 8, 1949.

Whitmire, Bynum & Coleman, of Birmingham, for petitioner.

697

PER CURIAM.

Rule nisi denied on authority of Whitten v. Sheffield Land Co., 233 Ala. 580, 173 So. 48.

BROWN, FOSTER, LIVINGSTON and STAKELY, JJ., concur.